1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, Ext. 13
   Facsimile:  (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorneys for Mr. Mario Barron-Galvan
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                    (**HONORABLE MARILYN L. HUFF**)
10
   UNITED STATES OF AMERICA,          )   CASE NO.   07cr3173-H
11                                     )
                                       )   DATE:      January 7, 2007
12           Plaintiff,                )   TIME:      2:00 p.m.
   v.                                  )
13                                     )   NOTICE OF MOTIONS:
                                       )
14 MARIO BARRON-GALVAN,                )   (1)   TO COMPEL DISCOVERY;
                                       )   (2)   FOR LEAVE TO FILE FURTHER
15           Defendant.                )         MOTIONS; AND,
                                       )   (3)   FOR LEAVE TO INCORPORATE
16                                     )         MOTIONS
                                       )
17 _____       )   _____

18
   TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
19       DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY:

20      PLEASE TAKE NOTICE that on January 7, 2007, at 2:00 p.m., or as soon thereafter

21 as counsel may be heard, the defendant, Mario Barron-Galvan, by and through his counsel,

22 Robert Rexrode, will ask this Court to enter an order granting the following motions.

23                                  **MOTIONS**

24      The defendant, Mario Barron-Galvan, by and through his attorney, Robert Rexrode,

25 pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all

26 other applicable statutes, case law and local rules, hereby moves this Court for an order:

27      1) to compel discovery;
        2) for leave to file further motions; and,
28      3) for leave to incorporate motions.

1    These motions are based upon the instant motions and notice of motions, the attached
2 statement of facts and memorandum of points and authorities, and all other materials that
3 may come to this Court's attention at the time of the hearing on these motion.
4
5                                            Respectfully submitted,
6
7 Dated: December 23, 2007      /s/ Robert H. Rexrode
                                **ROBERT H. REXRODE, III**
                                Attorneys for Mr. Barron-Galvan
8                               robert_rexrode@rexrodelawoffices.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    2                              07cr3173