MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DECEMBER 27, 2007

| HON. BARBARA L. MAJOR | | | DEPUTY CLERK: M. BEHNING |
|---|---|---|---|
| 07cr3173-H | USA | VS | MARIO BARRON-GALVAN(1/C/SPA)97704198 |

1: SHAFFY MOEEL S/A FOR
   ROBERT REXRODE

AUSA: MICHELLE PETTIT

STATUS CONFERENCE
==================================================================
BLM07:1404-1406

STATUS CONFERENCE HELD
ON COURT'S OWN MOTION, THIS CASE IS NOW DISMISSED W/O PREJUDICE
DEFT TO PROCEED UNDER CASE # 07CR3469-H
ANY MOTIONS ARE HEREBY TERMINATED
JUDGMENT OF DISMISSAL FILED
ABSTRACT ISSUED TO USM AS TO THIS CASE ONLY