# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __07CR3173-H__ |
| | ) | |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. __97704198__ |
| Mario Barron-Galvan (1) | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12/27/07__
the Court entered the following order:

__X__  Defendant be released from custody. **AS TO THIS CASE ONLY.**

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____  Defendant released on $_____ bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____  c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
        _____ dismissing appeal filed.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

__X__   Case Dismissed.

_____  Defendant to be released to Pretrial Services for electronic monitoring.

__X__   Other. __A PROCEEDING UNDER CASE # 07CR3469-H    MH/TS 1/28/08 2PM H__

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.    Clerk
by _____ Deputy Clerk

Received _____
         DUSM

Crim-9   (Rev 6-95)                                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY